# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER M. KING,** | : | |
| **Plaintiff,** | : | **3:12-CV-491** |
| **v.** | : | |
| **TOBYHANNA ARMY DEPOT** | : | **(JUDGE MANNION)** |
| **and LEON PANETTA,** | | |
| **SECRETARY OF DEFENSE** | : | |
| **Defendants,** | : | |

## ORDER

**IT IS HEREBY ORDERED:**

1.  The report and recommendation of Judge Blewitt, (Doc. No. 30), is **ADOPTED IN ITS ENTIRETY**;

2.  Plaintiff's complaint, (Doc. No. 1), is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction;

3.  Plaintiff's motion for leave to amend, (Doc. No. 22), is **DENIED** as futile;

4.  The clerk of court is directed to **CLOSE** the case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED:** June 12, 2013